District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMANJOT SINGH SEEHRA,<br><br>Petitioner,<br><br>v.<br><br>KIRSTJEN M. NIELSEN[1], Secretary, Department of Homeland Security; CYNTHIA MUNITA, Seattle Field Office Director, U.S. Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Respondents. | CASE NO. C17-1711-RAJ<br><br>STIPULATED MOTION FOR REMAND AND ORDER OF DISMISSAL |

## **JOINT STIPULATION**

The parties hereby jointly STIPULATE AND AGREE that Petitioner's naturalization application be remanded to U.S. Citizenship and Immigration Services (USCIS) for adjudication and issuance of a decision within twenty-one (21) days after entry of this Order. The parties

---

[1] On December 6, 2017, Kirstjen M. Nielsen was sworn in as the Secretary of Homeland Security. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Kirstjen M. Nielsen is substituted for Elaine C. Duke as a respondent in this case.
STIPULATED MOTION FOR REMAND
AND ORDER OF DISMISSAL
C17-1711-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

further stipulate and agree that the Court may make and enter an order dismissing this case without prejudice and without costs or fees to either party.

**SO STIPULATED**.

Dated this 30th day of January, 2018.

                *s/ Bart Klein*
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: 206-624-3787
Email: bart.klein@bartklein.com

*Attorney for Petitioner*

**SO STIPULATED**.

Dated this 30th day of January, 2018.

ANNETTE L. HAYES
United States Attorney

                *s/ Christina Fogg*
CHRISTINA FOGG, WSBA No. WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: christina.fogg@usdoj.gov

*Attorneys for Respondents*

STIPULATED MOTION FOR REMAND
AND ORDER OF DISMISSAL
C17-1711-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The parties having so stipulated, IT IS SO ORDERED. The case is hereby dismissed without prejudice and without costs or fees to either party.

DATED this 5th day of February, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION FOR REMAND
AND ORDER OF DISMISSAL
C17-1711-RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970